**Robinson+Cole**

GREGORY J. BENNICI

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
gbennici@rc.com
Direct (203) 462-7572

Also admitted in New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2023
```

**MEMO ENDORSED**

**Via ECF**

February 2, 2023

The Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:   *Hartford Life and Accident Insurance Company v. Argenis DeJesus Baez and Dominga Reyes*, Case No. 1:22-cv-10623-VEC
           <u>Letter Request for Adjournment of Initial Pretrial Conference</u>

Your Honor:

Pursuant to Rule 2.C. of Your Honor's Individual Practices in Civil Cases, Plaintiff Hartford Life and Accident Insurance Company ("Hartford") respectfully requests an adjournment of the Initial Pretrial Conference ("IPTC") scheduled for February 10, 2023 at 10:00am in light of the fact no defendant has been served or has appeared.

This is Hartford's first request for an adjournment of the IPTC. Hartford proposes adjourning the conference by at least forty-five (45) days to March 27, 2023 or a date thereafter, to allow additional time for service to be made on defendants, including Argenis DeJesus Baez, who is incarcerated.

Hartford appreciates that "[r]equests for adjournment of the IPTC will not necessarily be granted on the ground that one or more defendants have not been served or answered prior to the scheduled IPTC," Notice of Initial Pretrial Conference, ¶ 2, and respectfully defers to this Court's discretion as to whether the Court prefers to adjourn the IPTC until such time as the defendants have been served and had the opportunity to appear.

In the event the Court determines that the IPTC should go forward *ex parte*, counsel for Hartford will appear on February 10, 2023 at 10:00am.

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

**Robinson+Cole**

Honorable Valerie Caproni
February 2, 2023
Page 2

                                      Respectfully submitted,

                                      /s/ *Gregory J. Bennici*
                                      Gregory J. Bennici

cc:    Argenis DeJesus Baez
        Robert N. Davoren Complex
        11-11 Hazen Street
        East Elmhurst, New York 11370

        Dominga Reyes
        2095 Collins Hill Road
        Lawrenceville, Georgia 30043

---

Application GRANTED. The Initial Pretrial Conference is adjourned until **March 31, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' pre-conference submissions, as described at docket entry 8, are due on **March 23, 2023**.

Plaintiffs are ordered to serve a copy of this order on the Defendants and to file proof of service on the public docket.

SO ORDERED.

*[signature]*    02/03/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE