USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                        Plaintiff,

      -against-                            22-CV-10623 (VEC)

                                          ORDER

ARGENIS De JESUS BAEZ and DOMINGA
REYES,

                      Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Defendant Dominga Reyes moved for the appointment of pro bono counsel, Dkt. 17.

    IT IS HEREBY ORDERED that the Court will attempt to locate pro bono counsel for Ms. Reyes. The Court advises Ms. Reyes that there are no funds to retain counsel in civil cases and the Court relies on volunteers; due to a scarcity of volunteer attorneys, the Court's efforts may not be successful.

    IT IS FURTHER ORDERED that Ms. Reyes's time to answer is stayed until **July 14, 2023**. The initial pretrial conference is adjourned until **Friday, July 21, 2023, at 10 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' pre-conference submissions, as described at docket entry 8, are due on **July 13, 2023**.

    IT IS FURTHER ORDERED that Plaintiff is ordered to serve a copy of this order on Defendant Baez and to file proof of service on the docket by **June 14, 2023**.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this order to Ms. Reyes at 2095 Collins Hill Rd., Lawrenceburg, GA 30043, and to note the mailing on the docket.

**SO ORDERED.**

Date: **March 15, 2023**
      **New York, New York**

      **VALERIE CAPRONI**
      **United States District Judge**