```
                                                   ┌─────────────────────────────────────┐
                                                   │ USDC SDNY                           │
                                                   │ DOCUMENT                            │
UNITED STATES DISTRICT COURT                       │ ELECTRONICALLY FILED                │
SOUTHERN DISTRICT OF NEW YORK                      │ DOC #:_____               │
                                                   │ DATE FILED: __05/11/2023__          │
                                                   └─────────────────────────────────────┘
```

------------------------------------------------------------X

HARTFORD LIFE AND ACCIDENT        :
INSURANCE COMPANY,             :
                  Plaintiff,   :
     -against-           :
                      :        22-CV-10623 (VEC)
                      :
ARGENIS De JESUS BAEZ and DOMINGA  :      ORDER
REYES,                    :
                      :
               Defendant.  :

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 15, 2023, Defendant Dominga Reyes moved for the appointment of pro bono counsel, Dkt. 17;

WHEREAS the Court stayed Defendant Reyes' time to answer until July 14, 2023, to permit the Court to find Ms. Reyes pro bono counsel, Dkt. 18;

WHEREAS on May 10, 2023, counsel appeared on behalf of Ms. Reyes, Dkts. 21–22;

WHEREAS on March 16, 2023, Plaintiff filed proof that the complaint was served on Defendant Baez on March 2, 2023, Dkt. 19; and

WHEREAS Defendant Baez has neither appeared nor answered.

IT IS HEREBY ORDERED that Defendant Reyes' deadline to answer or otherwise respond to the complaint is **May 18, 2023**.

IT IS FURTHER ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Mr. Baez, in accordance with the Undersigned's Individual Practices, by no later than **May 25, 2023**.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for July 21, 2023, is adjourned *sine die*.

IT IS FURTHER ORDERED that Plaintiff is ordered to serve a copy of this order on

Defendant Baez and to file proof of service on the docket by **May 18, 2023**.

**SO ORDERED.**

**Date:  May 11, 2023**                         **VALERIE CAPRONI**
           **New York, New York**                     **United States District Judge**