UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY,

                Plaintiff,

      -against-

ARGENIS De JESUS BAEZ and DOMINGA REYES,

                Defendants.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2023

Case No. 1:22-cv-10623(VEC)

~~PROPOSED~~ **FINAL JUDGMENT ENTRY**

VALERIE CAPRONI, United States District Judge:

      This action having been commenced on December 15, 2022 by the filing of the Complaint; Defendant Argenis De Jesus Baez having been served with the Summons and Complaint on March 2, 2023; Argenis De Jesus Baez not having appeared in the above-captioned action, filed an answer or other responsive pleading or motion to Complaint, or requested an extension of time to plead; and a Default Judgment entering against Argenis De Jesus Baez on June 23, 2023; it is hereby:

      **ORDERED, ADJUDGED AND DECREED** that Argenis De Jesus Baez is not the beneficiary of any life insurance benefits payable under Group Term Life Certificate of Insurance No. GL-805283 by reason of the death of Arianna Reyes Gomez (the "Plan Benefits").

      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Argenis DeJesus Baez is hereby permanently restrained and enjoined by Order and Injunction of this Court from instituting any action or proceeding in any state or United States Court against Hartford Life and Accident Insurance Company, the Police Benevolent Association of the City of New York, Inc. ("PBA"), or the PBA basic term life, supplemental dependent life employee benefit plan ("Plan"),

and Dominga Reyes for recovery of any Plan Benefits plus any applicable interest, by reason of the death of the Arianna Reyes Gomez.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Dominga Reyes is hereby the sole beneficiary of the Plan Benefits.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, Hartford Life, having previously disbursed the sum of $105,000.00 of the Plan Benefits directly to Dominga Reyes or to the Police Benevolent Association of the City of New York, Inc. to reimburse it for amounts it had advanced to Dominga Reyes, shall disburse $245,000.00 in remaining Plan Benefits (the "Retained Benefit"), plus any applicable interest, less $7,683.51 in fees and costs, to Dominga Reyes within thirty (30) days hereof.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, upon tendering payment of the Retained Benefit to Dominga Reyes, as beneficiary, in accordance with this Order set forth above, Dominga Reyes is permanently restrained and enjoined by Order and Injunction of this Court from instituting any action or proceeding in any state or United States Court against Hartford Life, the PBA, or the Plan for recovery of any Plan Benefits plus any applicable interest, by reason of the death of the Arianna Reyes Gomez.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this matter is thus concluded, and the Clerk of the Court shall close this case.

Dated: __June 23__, 2023

_____
Valerie E. Caproni, U.S.D.J.

The Clerk of Court is respectfully directed to mail a copy of the endorsed order at Argenis De Jesus Baez, c/o Robert N. Davoren CTR, Department of Corrections, BK Case # 2412201328, 75-20 Astoria Blvd., East Elmhurst, NY 11370, and to note the mailing on the docket.